# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PATSY ANN WESTFALL,** | Case No.5:16CV2857 |
| **Plaintiff,** | |
| -vs- | <u>O R D E R</u> |
| **Commissioner of Social Security,** | |
| **Defendant.** | **JUDGE CHRISTOPHER A. BOYKO** |

On November 23, 2016, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section §§ 416(i), 423, 1381 *et seq.* (Dkt.#1). This matter was referred to Magistrate Judge Jonathan D. Greenberg pursuant to Local Rule 72.2. On October 6, 2017, the Magistrate Judge recommended that the Commissioner's final decision be affirmed. (Dkt. #14). Plaintiff has not filed an objection.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Greenberg's Report and Recommendation is **ADOPTED** and the ALJ's decision is affirmed.

IT IS SO ORDERED.

Dated:10/25/2017         *S/Christopher A. Boyko*
                         CHRISTOPHER A. BOYKO
                         UNITED STATES DISTRICT JUDGE